UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>DEEPROCK MANUFACTURING,<br><br>    Defendant. | Case No. 5:16-cv-02182-HRL<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF'S COUNSEL SHOULD NOT BE SANCTIONED** |

An Initial Case Management Conference was held on July 26, 2016. Defendant appeared. Plaintiff did not. Unless excused by the court, lead counsel for each party must attend the Initial Case Management Conference. Civ. L.R. 16-10(a). Accordingly, plaintiff's counsel Steven Ritcheson shall appear in person before this court on August 2, 2016, 10:00 a.m. and show cause why he should not be sanctioned for his failure to appear.

SO ORDERED.

Dated: July 26, 2016

HOWARD R. LLOYD
United States Magistrate Judge

5:16-cv-02182-HRL Notice has been electronically mailed to:

Shanti Michaels     smichaels@ginnlaw.com

Steven Whitefield Ritcheson     swritcheson@insightplc.com, patent@hgdlawfirm.com, stenata26@gmail.com