UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL MARTIN,<br><br>        Plaintiff,<br><br>    v.<br><br>DEEPROCK MANUFACTURING,<br><br>        Defendant. | Case No. 5:16-cv-02182-HRL<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED** |

The docket reflects that the Clerk of the Court entered defendant's default on November 2, 2016. There has been no activity on the docket since then. Accordingly, plaintiff's counsel, Steven Ritcheson shall appear before the court on **April 4, 2017, 10:00 a.m.**, Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California and show cause why this case should not be dismissed for failure to prosecute.

SO ORDERED.

Dated:   March 15, 2017

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:16-cv-02182-HRL Notice has been electronically mailed to:

Shanti Michaels    smichaels@ginnlaw.com

Steven Whitefield Ritcheson    swritcheson@insightplc.com, patent@hgdlawfirm.com, stenata26@gmail.com